AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Godbey, David C. | 2. Court or Organization<br><br>Northern District of Texas | 3. Date of Report<br><br>07/28/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>to<br>12/31/2020 |

**7. Chambers or Office Address**

U. S. District Judge
1100 Commerce Street Room 1504
Dallas TX 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor 2 estates | Executorships, See Part VII, Lines 6-17 |
| 2. Trustee | ▆▆▆▆, See Part VII, Lines 43-48 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Godbey, David C. | 07/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2020 | Self employed, attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Godbey, David C. | 07/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 07/28/2021 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Charles Schwab, formerly Merrill Lynch(H) | | | | | | | | | |
| 2. VIIIX-Vanguard Institutional Index Fund | E | Dividend | P1 | T | | | | | |
| 3. -Vanguard Short Term Investment Grade Fund ADM Class (Y) | | | | | | | | | |
| 4. TOIXX - Federated Hermes Treasury Obl IS (X) | B | Interest | N | T | | | | | |
| 5. JPMorgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 6. JPMorgan Chase Bank Accounts DOD 8-16-14 | A | Interest | K | T | | | | | |
| 7. JPMorgan Chase Bank Account DOD 6-18-12 | A | Interest | L | T | | | | | |
| 8. TDAmeritrade #2 (H) | | | | | | | | | |
| 9. -Bank deposit program | A | Interest | K | T | | | | | |
| 10. -Aberdeen Asia-Pacific Income FAX | A | Dividend | J | T | | | | | |
| 11. -DXC Technology | A | Dividend | J | T | | | | | |
| 12. -Hewlett Packard Enterprise Company | A | Dividend | J | T | | | | | |
| 13. -HP Inc | A | Dividend | J | T | | | | | |
| 14. -National Ret Prp NNN | A | Dividend | J | T | | | | | |
| 15. -Public Service Entpz Group PEG | A | Dividend | J | T | | | | | |
| 16. -Telefonica deEspana TEF | A | Dividend | J | T | | | | | |
| 17. -Texas Pacific Land & Trust TPL | D | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 07/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Hawaiian Electric Industries Inc | A | Dividend | J | T | | | | | |
| 19. Putnam Tax Exempt Income-A | A | Dividend | K | T | | | | | |
| 20. Schwab Brokerage (H) | | | | | | | | | |
| 21. -Sch Adv Cash Reserve | A | Dividend | J | T | | | | | |
| 22. -DFA One Year Fixed Inc Port Instl DFIHX | A | Dividend | L | T | | | | | |
| 23. -DFA Two Year Global Fixed Inc Port Instl DFGFX | A | Dividend | K | T | | | | | |
| 24. -DFA Emerging Mkts Sm Cap Port Instl DEMSX | A | Dividend | K | T | | | | | |
| 25. -DFA Emerging Mkts Value Port Instl DFEVX | A | Dividend | K | T | | | | | |
| 26. -DFA Intl Sm Cap Grwth Instl DISMX | A | Dividend | K | T | | | | | |
| 27. -DFA Intl Sm Cap Value Port Inst DISVX | A | Dividend | K | T | | | | | |
| 28. -DFA Real Estate Secur Port Instl DFREX | B | Dividend | K | T | | | | | |
| 29. -DFA US Lg Cap Grwth Instl DUSLX | A | Dividend | K | T | | | | | |
| 30. -DFA US Lg Cap Value Port Instl DFLVX | A | Dividend | K | T | Sold (part) | 11/30/20 | J | A | |
| 31. -DFA US Micro Cap Port Instl DFSCX | A | Dividend | K | T | | | | | |
| 32. -DFA US Sm Cap Grwth Instl DSCGX | A | Dividend | K | T | | | | | |
| 33. -DFA US Sm Cap Value Port Instl DFSVX | A | Dividend | K | T | | | | | |
| 34. Vanguard Inter-Term Corp Bond Ix Ad | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Total Stock Mkt Idx Adm | E | Dividend | P1 | T | | | | | |
| 36. Vanguard Prime MMA | A | Dividend | J | T | | | | | |
| 37. TDAmeritrade #3(H) | | | | | | | | | |
| 38. -SPDR S&P 500 ETF Trust SPY | B | Dividend | M | T | | | | | |
| 39. -SPDR S&P Midcap 400 ETF Trust MDY | B | Dividend | M | T | | | | | |
| 40. -Vanguard Int-Term Corp VCIT | C | Dividend | M | T | | | | | |
| 41. -Vanguard FTSE Dev Mkts VEA | B | Dividend | L | T | | | | | |
| 42. -Bank deposit program | A | Interest | M | T | | | | | |
| 43. TDAmeritrade #4(H) | | | | | | | | | |
| 44. -SPDR S&P 500 ETF Trust SPY | B | Dividend | M | T | | | | | |
| 45. -SPDR S&P Midcap 400 ETF Trust MDY | B | Dividend | M | T | | | | | |
| 46. -Vanguard Int-Term Corp VCIT | C | Dividend | M | T | | | | | |
| 47. -Vanguard FTSE Dev Mkts VEA | B | Dividend | L | T | | | | | |
| 48. -Bank deposit program | A | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000       P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Godbey, David C. | 07/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lins 6 through 17. Respondent was Executor of two ▓▓▓▓▓ estates. Dates of death were June 18, 2012 and August 16, 2014.
Part VII, Lines 43-48 were from a trust created under estate administration.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Godbey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544